NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NEONODE SMARTPHONE LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., APPLE INC.,**
*Appellees*

———————————

2022-2134

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00145.

———————————

## JUDGMENT

———————————

PHILIP GRAVES, Graves & Shaw LLP, Los Angeles, CA, argued for appellant. Also represented by GREER N. SHAW; ROBERT M. ASHER, Sunstein LLP, Boston, MA; BRYCE BARCELO, ROCCO MAGNI, BRIAN MELTON, Susman Godfrey LLP, Houston, TX; KALPANA SRINIVASAN, Los Angeles, CA.

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper US LLP, San Diego, CA, argued for appellees. Appellees Samsung Electronics Co., Ltd. and Samsung Electronics America,

Inc. also represented by TIFFANY CAROL MILLER; JAMES MARTIN HEINTZ, Reston, VA.

LAUREN ANN DEGNAN, Fish & Richardson P.C., Washington, DC, for appellee Apple Inc. Also represented by WALTER KARL RENNER; NITIKA GUPTA FIORELLA, Wilmington, DE; ALEXANDER MICHAEL PECHETTE, Boston, MA.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 11, 2024
Date

Jarrett B. Perlow
Clerk of Court